PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Stacy Moore Day                 Case Number: 2:04cr176-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: January 20, 2005

Original Offense: Firearms/ False Statements

Original Sentence: 5 months custody of BOP followed by a 3 year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: September 6, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

1.   The defendant shall participate in the Home Confinement Program for a period of three (3) months to begin at a time designated by the probation officer. During this time, the defendant will remain at his place of residence, except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", call waiting, or portable cordless telephones, for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

## CAUSE

On March 24, 2007, Stacy Day was arrested by the Clanton, Alabama Police Department and charged with Driving Under the Influence of Alcohol. A Breathalyzer test was administered on Day which reflected a BAC level of .14. Day was released on a $1,000.00 bond and is scheduled to appear in the Clanton Municipal Court on April 24, 2007 at 3:00 p.m.

On March 26, 2007, Day reported to the probation office and advised this officer of the above arrest. She was questioned if she wanted alcohol treatment and she replied yes. Offender stated that she wanted to seek counseling through her church at Hunting Ridge located in Prattville, Alabama. Offender was informed of the possible punishment for violating any local, state or federal laws. On March 27, 2007, offender called and advised that she has enrolled in a counseling class at her church. Barring this instant violation, offender has complied with the conditions of supervised release and has presented no other supervision problems. She currently resides with her parents and has custody of her three children. Day has maintained employment during the period of her supervision.

PROB 12B
(7/93)

2

This officer respectfully requests that the conditions of supervised release be modified to include a three (3) month placement in the Home Confinement Program to begin at a time designated by the probation officer. This officer believes the modification is appropriate and would address the current violation. Day has signed Probation Form 49 waiving her right to counsel and a hearing before Your Honor and has agreed to the proposed modification. Please note below Your Honor's decision regarding this modification request.

Respectfully submitted,

by   /s/ Larry D. Turner
Larry D. Turner
U.S. Probation Officer
Date: March 29, 2007

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

29 March 2007
Date